UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ANNA SAVOIA                                              CIVIL ACTION

VERSUS

AMERICAN FAMILY MUTUAL                           NO.: 18-00663-BAJ-EWD
INSURANCE COMPANY ET AL.

## RULING AND ORDER

Before the Court is the United States Magistrate Judge's **Report and Recommendation (Doc. 16)** under 28 U.S.C. § 636(b)(1). The United States Magistrate Judge recommends that the Court deny Plaintiff's Motion to Remand (Doc. 12) this action to the 19th Judicial District Court for the Parish of East Baton Rouge.

The Report and Recommendation notified the parties that they had 14 days from the date they received the Report and Recommendation to file written objections. (Doc. 16). Neither party objected. Having carefully considered Defendants' Notice of Removal (Doc. 1), Defendants' Memorandum in Support of Jurisdiction (Doc. 6), Plaintiff's Memorandum Regarding Subject-Matter Jurisdiction (Doc. 10), Plaintiff's Motion to Remand (Doc. 12), Defendants' Memorandum in Opposition (Doc. 15), and the United States Magistrate Judge's Report and Recommendation (Doc. 16), the Court approves the United States Magistrate Judge's Report and Recommendation and adopts the findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the United States Magistrate Judge's **Report and Recommendation (Doc. 16)** is **ADOPTED** as the Court's opinion.

**IT IS FURTHER ORDERED** that the **Motion to Remand (Doc. 12)** is **DENIED**.

Baton Rouge, Louisiana, this __20ᵗʰ__ day of December, 2018.

**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**